# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS                            *
(PHENTERMINE, FENFLURAMINE,                  *
DEXFENFLURAMINE) PRODUCTS                     *          MDL DOCKET NO. 1203
LIABILITY LITIGATION                          *
_____    *

**THIS DOCUMENT APPLIES TO THE FOLLOWING CLAIMS:**

| | | | |
|---|---|---|---|
| 1. | MARILYN MELDER | * | MDL NO.: 02-20142 |
| 2. | ANN FRANZ | * | MDL NO.: 02-20130 |
| 3. | PEGGY MARTINEZ | * | MDL NO.: 02-20220 |
| 4. | BRENDA BRICE | * | MDL NO.: 02-20144 |
| 5. | CYNTHIA ACOSTA | * | MDL NO.: 02-20143 |
| 6. | GWENDOLYN HART | * | MDL NO.: 02-20141 |
| 7. | CAROL CREIGHTON | * | MDL NO.: 02-20137 |
| 8. | ROSALIE BERGERON | * | MDL NO.: 02-20136 |
| 9. | CATHY CHERAMIE | * | MDL NO.: 02-20131 |
| 10. | VIRGIN L. CONZANERE | * | MDL NO.: 02-20186 |
| 11. | DOLORES LAWSON | * | MDL NO.: 02-20242 |
| 12. | SHELITA D. HUNT | * | MDL NO.: 02-20240 |
| 13. | ROSELYN DAIGLE | * | MDL NO.: 03-20130 |
| 14. | ROSE HITCHEN | * | MDL NO.: 03-20129 |
| 15. | BOBBIE WILLIAMS | * | MDL NO.: 03-20095 |
| 16. | GRACE KING | * | MDL NO.: 03-20132 |
| 17. | KATHERINE HEGEMAN | * | MDL NO.: 03-20151 |
| 18. | AMELIA MEYERS | * | MDL NO.: 04-23150 |
| 19. | LAURA LUNEAU | * | MDL NO.: 04-1178 |
| 20. | AUDREY LOGOS | * | MDL NO.: 04-27238 |
| 21. | LISA M. THIEL | * | MDL NO.: 05-22145 |
| 22. | KENNETH WELLS | * | MDL NO.: 05-22101 |
| 23. | CYNTHIA ROSENTHAL TUCKER | * | MDL NO.: 05-22244 |
| 24. | SANDRA DAGONS | * | MDL NO.: 05-22247 |
| 25. | REGINA RANKIN | * | MDL NO.: 05-22153 |
| 26. | MAXINE VANKANEGON | * | MDL NO.: 05-22259 |
| 27. | CARRIE VARNADO | * | MDL NO.: 05-22205 |
| 28. | RONALD BREAUX | * | MDL NO.: 03-20136 |
| 29. | SHELIA JETER | * | MDL NO.: 05-22083 |
| 30. | PAULA ARMSTRONG | * | MDL NO.: 03-20138 |

| 31. | **MILLIE AREAUX** | * | **MDL NO.: 02-20239** |
| 32. | **FLORA AUGUST** | * | **MDL NO.: 05-22282** |
| 33. | **DOLORES BENQUIST** | * | **MDL NO.: 02-20244** |

### MOTION AND ORDER TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, SmithKline Beecham Corporation, upon representing to the Court that SmithKline Beecham Corporation desires to substitute J. Marie Rudd and William B. Hidalgo with the law firm of Hidalgo & Associates, P.L.L.P., 516 W. 21st Avenue, Covington, LA 70433, in place of Charles M. Steen with the law firm of Steen & Williamson, L.L.C., as counsel of record for SmithKline Beecham.

WHEREFORE, SmithKline Beecham respectfully prays that the Court enter the attached Order substituting J. Marie Rudd and William B. Hidalgo with the law firm of Hidalgo & Associates, P.L.L.P., 516 W. 21st Avenue, Covington, LA 70433, in place of Charles M. Steen with the law firm of Steen & Williamson, L.L.C., as counsel of record for SmithKline Beecham.

### ORDER

CONSIDERING THE FOREGOING Motion to Substitute Counsel;

IT IS HEREBY ORDERED that J. Marie Rudd and William B. Hidalgo with the law firm of Hidalgo & Associates, P.L.L.P., be, and are hereby, substituted as counsel of record for SmithKline Beecham, and Charles M. Steen with the law firm of Steen & Williamson, L.L.C. is deleted as counsel of record for SmithKline Beecham,

Pittsburgh, Pennsylvania this _____ day of _____, 2006.

_____
J U D G E

2

Respectfully Submitted,

HIDALGO & ASSOCIATES, P.L.L.P.


_____s/ J. Marie Rudd_____
J. MARIE RUDD (#22534)
WILLIAM B. HIDALGO (#20220)
516 W. 21st Avenue
Covington, LA 70433
Telephone: (985) 249-5195
Fax: (985) 809-5787

Attorneys for SmithKline Beecham Corporation


## CERTIFICATE OF SERVICE

I hereby certify that SmithKline Beecham Corporation's Motion to Substitute Counsel was filed electronically this 21st day of March, 2006 and is available for viewing and downloading from the ECF System of the United States District Court for the Eastern District of Pennsylvania.

I further hereby certify that I have on this 21st day of March, 2006, served a copy of the foregoing Motion and Order to Substitute Counsel of Record, by mailing the same by United States mail, properly addressed, and first class postage prepaid to the following:

Kathleen A. Manning
Deborah Van Meter
Margaret Wollverton Triebes
643 Magazine Street
New Orleans, LA  70130

Doug Moore
Irwin, Fritchie, Urquhart & Moore, L.L.C.
400 Poydras Street
Suite 2700
New Orleans, LA  70130

Stanton E. Shuler, Jr.
1100 Poydras Street.
Suite 1700
New Orleans, LA  70163

Ann Koppel
Adams & Reese
701 Poydras Street
Suite 4500   One Shell Square
New Orleans, LA 70139

3

Terry Christovich Gay
Christovich & Kearney, LLP
Suite 2300 Pan American Life Center
601 Poydras Street
New Orleans, LA 70130-6078

W. Luther Wilson, Esq.
Taylor, Porter, Brooks & Phillips, L.L.P.
Post Office Box 2471
Baton Rouge, Louisiana 70821

Vance A. Gibbs
Kean Miller, et al
P.O. Box 3513
Baton Rouge, LA  70821

Darleen Jacobs
823 St. Louis Street
New Orleans, LA  70112

Robert G. Harvey, Sr.
Harvey, Jacobson & Gilago
2609 Canal Street, 5th Floor
New Orleans, LA 70119

Susan Ernest
O'Quinn, Laminack & Pirtle, L.L.P.
2752 Canal Street
New Orleans, LA 70119

Joe Bruno
Bruno & Bruno
825 Baronne Street
New Orleans, LA 70113

s/ J. Marie Rudd