IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE / DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) : : : | MDL DOCKET NO. 1203 |

THIS ORDER RELATES TO THE
O'QUINN LAW FIRM (f/k/a O'QUINN,
LAMINACK & PIRTLE) CASES
LISTED ON EXHIBITS A & B

### PRETRIAL ORDER NO. _____

AND NOW TO WIT: This _____ day of _____ 2007 it having been advised that all claims between all the parties in the cases listed on Exhibits A and B have been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on Exhibits A and B, including any and all claims, counterclaims, cross-claims and third party claims therein are DISMISSED with prejudice and without costs as to all parties.

MICHAEL E. KUNZ, Clerk of Court

BY:_____s/Ronald Vance
Ronald Vance
Deputy Clerk

**EXHIBIT A**
The O'Quinn Law Firm (f/k/a O'Quinn, Laminack & Pirtle)
MDL Plaintiffs
Single Plaintiff Cases
5/3/2007

| # | Plaintiff Name | MDL No. | Transferor Court |
|---|---|---|---|
| 1 | Hilley, Victoria | 02-20218 | LAE |
| 2 | Wallace-Bleigh, Lana | 04-20531 | TXN |
| 3 | Garcia-Sinson, Carolyn | 04-20931 | TXS |
| 4 | Vyvial, Geneva | 04-21629 | TXS |
| 5 | Jeter, Shelia a/k/a Jeter, Sheila | 05-22083 | LAE |
| 6 | Chautin, Brenda Lee | 05-22085 | LAE |
| 7 | Smith, Stephanie L., correctly identified on complaint as Smith, Sandra L. | 05-22112 | LAE |
| 8 | Ruiz, Myrna C. a/k/a Ruiz, Myra | 05-22128 | LAE |
| 9 | LaBiche, William | 05-22132 | LAE |
| 10 | Peterson, Patrick | 05-22180 | LAE |
| 11 | Rogers, Wade E | 05-22184 | LAE |
| 12 | Tucker, Cynthia Rosenthal | 05-22244 | LAE |
| 13 | Woodruff, Ruthie E. Mones | 05-22251 | LAE |
| 14 | Edwards (Burgman), Roxanne | 05-22287 | LAE |
| 15 | Beard, Rhonda J. | 05-24975 | TXE |

**EXHIBIT B**
The O'Quinn Law Firm (f/k/a O'Quinn, Laminack & Pirtle)
MDL Plaintiffs
Multi Plaintiff Cases
5/3/2007

| # | Plaintiff Name | Case Name | MDL No. | Transferor Court |
|---|---|---|---|---|
| 1 | Roy, Burnett | Franz, Ann (Bonvillian Intervention), et al. | 02-20130 | LAE |
| 2 | Johnson, Judy Hall | Williams, Vera (Woodson Intervention) | 02-20138 | LAE |
| 3 | Bonck, Susan | Acosta, Cynthia, et al. | 02-20143 | LAE |
| 4 | Hall, Loretta Strachan | Acosta, Cynthia, et al. | 02-20143 | LAE |
| 5 | Nini, Susan Speigel | Acosta, Cynthia, et al. | 02-20143 | LAE |
| 6 | Roy, Burnett | Acosta, Cynthia, et al. | 02-20143 | LAE |
| 7 | SanMartin, Eva | Acosta, Cynthia, et al. | 02-20143 | LAE |
| 8 | Vedros, Lilia | Acosta, Cynthia, et al. | 02-20143 | LAE |
| 9 | Stephens, Patricia | Daigle, Roselyn, et al. | 03-20130 | LAE |
| 10 | Barnett, Robin | Roy, Alberta A., et al. | 04-26970 | TXE |