# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/   :
FENFLURAMINE / DEXFENFLURAMINE   :
PRODUCTS LIABILITY LITIGATION)   :   **MDL DOCKET NO. 1203**


THIS ORDER RELATES TO THE
O'QUINN LAW FIRM (f/k/a O'QUINN,
LAMINACK & PIRTLE) CASES
LISTED ON EXHIBITS A & B


### PRETRIAL ORDER NO. _____

AND NOW TO WIT: This _____ day of _____2007 it having been

advised that all claims between all the parties in the cases listed on Exhibits A and B have

been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of

Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on Exhibits

A and B, including any and all claims, counterclaims, cross-claims and third party claims

therein are DISMISSED with prejudice and without costs as to all parties.


MICHAEL E. KUNZ, Clerk of Court


BY:_____ s/Tom Dempsey
    Tom Dempsey
    Deputy Clerk

**EXHIBIT A**

The O'Quinn Law Firm (f/k/a O'Quinn, Laminack & Pirtle)
MDL Plaintiffs
Single Plaintiff Cases
10/16/2007

| # | Plaintiff Name | MDL No. | Transferor Court |
|---|---|---|---|
| 1 | Buckner, Stephanie | 02-20228 | LAE |
| 2 | Palmer, Sherian | 04-20487 | TXN |
| 3 | Yeates, Barbara | 04-20637 | TXS |
| 4 | DeWitt, Karol Denise | 04-20944 | TXS |
| 5 | Malone, Lois A. | 04-21405 | TXS |
| 6 | Barney, Marie | 04-21829 | LAE |
| 7 | Logos, Audrey | 04-27238 | LAE |
| 8 | Elstrott, Janice | 05-22072 | LAE |
| 9 | Dusenbery, Timothy | 05-22130 | LAE |
| 10 | Lemoine, Ellen | 05-22195 | LAE |
| 11 | Miller, Kathleen | 05-22215 | LAE |

**EXHIBIT B**
The O'Quinn Law Firm (f/k/a O'Quinn, Laminack & Pirtle)
MDL Plaintiffs
Multi Plaintiff Cases
10/16/2007

| # | Plaintiff Name | Case Name | MDL No. | Transferor Court |
|---|---|---|---|---|
| 1 | O'Rourk, Irwin | Franz, Ann (Bonvillian Intervention), et al. | 02-20130 | LAE |
| 2 | Hill, Ella | Acosta, Cynthia, et al. | 02-20143 | LAE |
| 3 | O'Rourk, Irwin | Acosta, Cynthia, et al. | 02-20143 | LAE |
| 4 | Robinson, Cynthia Davis | Pomamsky, Paula (Davis Intervention) | 02-20252 | LAE |
| 5 | Welch, Sherran A. | Sanford, Melanie, et al. | 04-20310 | TXE |
| 6 | Graham, Ronald | Roy, Alberta A., et al. | 04-26970 | TXE |
| 7 | Voyles, Mary Ann | Roy, Alberta A., et al. | 04-26970 | TXE |