IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE / DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) | : : : : | MDL DOCKET NO. 1203 |

THIS ORDER RELATES TO THE
O'QUINN LAW FIRM (f/k/a O'QUINN,
LAMINACK & PIRTLE) CASES
LISTED ON EXHIBITS A & B

PRETRIAL ORDER NO. _____

AND NOW TO WIT: This _____ day of _____ 2008 it having been advised that all claims between all the parties in the cases listed on Exhibits A and B have been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on Exhibits A and B, including any and all claims, counterclaims, cross-claims and third party claims therein are DISMISSED with prejudice and without costs as to all parties.

MICHAEL E. KUNZ, Clerk of Court

BY:_____s/Tom Dempsey
Tom Dempsey
Deputy Clerk

**EXHIBIT A**

The O'Quinn Law Firm (f/k/a O'Quinn, Laminack & Pirtle)
MDL Plaintiffs
Single Plaintiff Cases
4/16/2008

| # | Plaintiff Name | MDL No. | Transferor Court |
|---|---|---|---|
| 1 | Waters, Alan L. | 04-20417 | TXS |
| 2 | Martinez, Juanita O. | 04-20505 | TXS |
| 3 | Frank, Lorraine | 04-21108 | TXS |
| 4 | Russell, Linda | 04-26335 | TXS |
| 5 | Geary-Conant, Debra | 04-26870 | TXS |
| 6 | Domino, Joann M. | 05-22176 | LAE |

EXHIBIT B

The O'Quinn Law Firm (f/k/a O'Quinn, Laminack & Pirtle)
MDL Plaintiffs
Multi-Plaintiff Cases
4/16/2008

| # | Plaintiff Name | Case Name | MDL No. | Transferor Court |
|---|---|---|---|---|
| 1 | Bartholomew, Olivia | Franz, Ann (Bonvillian Intervention), et al. | 02-20130 | LAE |
| 2 | Melder, Marilyn | Pomamsky, Paula (Melder Intervention), et al. | 02-20139 | LAE |
| 3 | Chapoton, Stephanie | Acosta, Cynthia, et al. | 02-20143 | LAE |
| 4 | Bartholomew, Olivia | Acosta, Cynthia, et al. | 02-20143 | LAE |
| 5 | Meza, Lourdes | King, Grace, et al. | 03-20132 | LAE |
| 6 | Elton, Shirley | Abbott, Reabeth, et al. | 04-20006 | TXN |